IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>          Plaintiff,           )<br>                     )<br>vs.           )<br>                     )<br>                     )<br>TIFFANY MORENO,           )<br>          Defendant.           ) | CASE NO: 4:06cr3096<br><br>ORDER<br>TO WITHDRAW EXHIBITS<br>OR TO SHOW CAUSE WHY<br>EXHIBITS SHOULD NOT BE<br>DESTROYED |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for defendant, TIFFANY MORENO, shall either 1) withdraw the following exhibits previously submitted in this matter within 15 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

    Exhibit number(s):  101 and 102

    Hearing type(s): Sentencing Hearing

    Date of hearing(s): 11/21/2006

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

    IT IS SO ORDERED.

    March 27, 2007.

                                                                                                            s/ Richard G. Kopf<br>
                                                                                                            United States District Judge